1  CAL J. POTTER, III, ESQ.
   Nevada Bar No. 1988
2  C. J. POTTER, IV, ESQ.
   Nevada Bar No. 13225
3  POTTER LAW OFFICES
   1125 Shadow Lane
4  Las Vegas, Nevada  89102
   Tel:  (702) 385-1954
5  Fax: (702) 385-9081
   cpotter@potterlawoffices.com
6  cj@potterlawoffices.com
   *Attorneys for Plaintiff*

7

8              **UNITED STATES DISTRICT COURT**

               **DISTRICT OF NEVADA**
9

10 WESLEY WEIDNER;                    Case No. 2:16-cv-02301-KJD-NJK

11        Plaintiff,

12 vs.

13 STATE OF NEVADA; DIRECTOR GREG COX,        **JOINT MOTION TO EXTEND**
   individually; WARDEN DWIGHT NEVEN,         **DISCOVERY DEADLINES**
14 individually; ASSISTANT WARDEN TIMOTHY          **(Third Request)**
   FILSON, individually; CORRECTIONS
15 OFFICER FRANCO; individually; ASSOCIATE
   WARDEN JENNIFER NASH, individually;
16 CASEWORKER STACY BARRETT,                   as amended on p. 3
   individually; INSPECTOR GENERAL DAVID
17 MOLNAR, individually;   INSPECTOR BRYAN
   SHIELDS, individually;  INSPECTOR VICTOR
18 DANIELS, individually; INSPECTOR STEVE
   LEMAIRE, individually; SENIOR C.O.
19 NORMAN individually; DOE LICENSED
   PRACTICAL NURSE; DOE CORRECTION
20 OFFICERS I-V; DOES I-X, inclusive; and ROES
   I-X, inclusive,
21
          Defendants.
22

23        Pursuant to LR 26-4 and LR 7-2(d),  the above-referenced parties, by and through the

24 undersigned counsel of record, and hereby jointly move this Court to extend discovery deadlines

25 in the above-captioned case for sixty (60) days, up to and including Friday, August 25, 2017.

26 . . .

27 . . .

28 . . .

In addition, the parties request that the dispositive motions and pretrial order be extended in accordance with the discovery extension as outlined herein.

DATED this 1st day of March, 2017.


POTTER LAW OFFICES

By   /s/ Cal J. Potter, III, Esq.
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
1125 Shadow Lane
Las Vegas, Nevada 89102
*Attorneys for Plaintiffs*

## MEMORANDUM OF POINTS AND AUTHORITIES

In support of this Motion and Request, the parties state as follows:

Plaintiff filed his Complaint in State Court on June 9, 2016.  Plaintiff then filed an Amended Complaint in State Court on August 26, 2016.  Defendants' filed a Notice of Removal to the United States District Court on September 30, 2016.  On October 5, 2016 the U. S. District Court issued an Order that the Court will not issue a screening order in this case.  Plaintiff and Defendant filed a Joint Status Report on October 11, 2016.  Defendants filed an Answer and Jury Demand on October 26, 2016.  2016.  The Court directed the parties to file ad Discovery Plan/Scheduling Order due on November 25, 2016. This Court filed a Scheduling Order on October 27, 2016.  The parties then filed a Proposed Joint Discovery Plan/Scheduling Order on November 17, 2016.  The Court then issued an Order denying the Joint Discovery Plan/Scheduling Order as moot on November 18, 2016.

Due to the complexity of this case and the location of witnesses throughout the District of Nevada, the parties jointly request that the discovery deadlines be extended to allow the parties enough time to complete the discovery necessary for this case.

. . .

. . .

. . .

2

**B.**    **DISCOVERY COMPLETED TO DATE**

- Plaintiff has produced an initial disclosure.

- Defendant has produced an initial disclosure.

- Plaintiff propounded Interrogatories to the State of Nevada and they have responded.

- Plaintiff propounded Requests for Productions of Documents to the State of Nevada and they have responded.

**C.**    **DISCOVERY REMAINING**

The following recitation of discovery to be completed is not intended to be limiting, but it is set forth to advise the Court of the current remaining discovery.  The parties must conduct the following discovery:

- Determine whether parties need to be added or removed;

- Supplement documents and information as they become available;

- Propound written discovery;

- Disclose experts and rebuttal experts;

- Conduct party, expert/rebuttal expert, 30(b)(6) witness and/or percipient witness depositions; and

- Supplement any remaining documentation that is received as a result of the subpoenas.

**D.**    **CURRENT AND PROPOSED DISCOVERY DEADLINES**

| SCHEDULED EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Amend/Add | March 24, 2017 | May 23, 2017 |
| Interim Status Report | March 27, 2017 | May 26, 2017 |
| Disclose Experts | April 27, 2017 | June 26, 2017 |
| Rebuttal Experts | May 26, 2017 | July 25, 2017 |
| Discovery Cut-Off | June 26, 2017 | August 25, 2017 |
| Dispositive Motions | July 26, 2017 | September 25, 2017 |
| Pretrial Order | August 26, 2017 | October 25, 2017 or 30 days after the Court rules on any dispositive motions or further court order. |

1        This is the third request for extension of time in this matter.  This request for an extension

2   of time is not sought for any improper purpose or other purpose of delay.  Rather, it is sought by

3   both parties solely for the purpose of allowing sufficient time to conduct discovery and

4   adequately prepare their case for trial.

5        WHEREFORE, the parties respectfully request that this Court extend the discovery

6   period as outlined in the table above.

7   DATED this 1st day of March, 2017.       DATED this 1st day of March, 2017.

8   POTTER LAW OFFICES       ATTORNEY GENERAL'S OFFICE
          BUREAU OF LITIGATION

9

10  By__/s/ Cal J. Potter, III, Esq.__       By___/s/Jared M. Frost , Esq.___
    CAL J. POTTER, III, ESQ.       JARED M. FROST, ESQ.
    Nevada Bar No. 1988       Sr. Deputy Attorney General

11  C. J. POTTER, IV, ESQ.       Nevada Bar No. 11132
    Nevada Bar No. 13225       555 E. Washington Ave. Suite 3900

12  1125 Shadow Lane       Las Vegas, Nevada 89101
    Las Vegas, Nevada 89102       *Attorney for Defendants*

13  *Attorney for Plaintiff*

14

15  IT IS SO ORDERED.

16  Dated: March 2, 2017

17  _____

18  NANCY J. KOPPE
    United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28