# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

WESLEY WEIDNER, )
            Plaintiff(s), )    Case No. 2:16-cv-02301-KJD-NJK
)
vs. )    ORDER
)
STATE OF NEVADA, *et al.* )    (Docket No. 38)
            Defendant(s). )

Pending before the Court is Plaintiff's counsel's motion to withdraw. Docket No. 38. The Court finds the motion properly resolved without oral argument. Local Rule 78-2. For good cause shown, the motion to withdraw is hereby **GRANTED**. The Clerk's Office is **INSTRUCTED** to update the docket with Plaintiff's address. Docket No. 38 at 5.

Plaintiff is hereby **ORDERED** to file, no later than November 6, 2017, either a notice that he intends to proceed *pro se* or a notice of appearance by new counsel. Plaintiff is reminded that *pro se* parties must comply with all applicable rules and orders, and that the failure to do so may result in significant sanctions, up to and including dismissal of his case. *See, e.g.*, *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987).

IT IS SO ORDERED.

DATED:   October 6, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge