1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

WESLEY WEIDNER,                                )
                                               )     Case No. 2:16-cv-02301-KJD-NJK
                    Plaintiff(s),              )
                                               )
vs.                                            )     ORDER
                                               )
STATE OF NEVADA, *et al.,*                     )
                                               )     (Docket No. 39)
                                               )
                    Defendant(s).              )
_____)

       Pending before the Court is Defendants' motion to stay proceedings pending a determination as to Plaintiff's future representation. Docket No. 39. On October 6, 2017, the Court granted Plaintiff's counsel's motion to withdraw. Docket No. 40; *see also* Docket No. 38 (motion to withdraw). The Court ordered Plaintiff to file, no later than November 6, 2017, either a notice that he intends to proceed *pro se* or a notice of appearance by new counsel. Docket No. 40. For good cause shown, the motion to stay proceedings is **GRANTED**. Docket No. 39. Proceedings in the instant case are stayed until November 6, 2017. The parties shall file a proposed discovery plan within 14 days of the Plaintiff filing either a notice that he intends to proceed *pro se* or a notice of appearance by new counsel.

       IT IS SO ORDERED.

       DATED: October 11, 2017

                                   _____
                               NANCY J. KOPPE
                               United States Magistrate Judge