# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WESLEY WEIDNER, | Case No. 2:16-cv-02301-KJD-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| STATE OF NEVADA, et al., | (Docket No. 42) |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to extend time to file a proposed discovery plan and to file a notice of appearance by new counsel. Docket No. 42. On October 6, 2017, the Court ordered Plaintiff to file, no later than November 6, 2017, either a notice that he intends to proceed *pro se* or a notice of appearance by new counsel. Docket No. 40. On October 11, 2017, the Court further ordered the parties to file a proposed discovery plan within 14 days of Plaintiff filing either a notice that he intends to proceed *pro se* or a notice of appearance by new counsel. Docket No. 41.

Plaintiff requests an extension of 120 days to file a proposed discovery plan and to file a notice of appearance by new counsel. Docket No. 42. Plaintiff submits he only recently received the Court's orders and, due to health reasons and because he is currently incarcerated, requires an extended period to obtain new counsel. *Id.*

For good cause shown, the Court **GRANTS** in part Plaintiff's motion to extend time to file a proposed discovery plan and to file a notice of appearance by new counsel. Docket No. 42. Plaintiff shall file either a notice that he intends to proceed *pro se* or a notice of appearance by new counsel no

later than January 26, 2018. The parties shall file a proposed discovery plan within 14 days of Plaintiff's notice that he intends to proceed *pro se* or notice of appearance by new counsel.

IT IS SO ORDERED.

DATED: November 2, 2017

                                              _____
                                              NANCY J. KOPPE
                                              United States Magistrate Judge