1  ADAM PAUL LAXALT
   Attorney General
2  JARED M. FROST (Bar No. 11132)
   Senior Deputy Attorney General
3  MATTHEW FEELEY (Bar No. 13336)
   Deputy Attorney General
4  State of Nevada
   Office of the Attorney General
5  555 E. Washington Avenue, Suite 3900
   Las Vegas, Nevada 89101
6  (702) 486-3177 (phone)
   (702) 486-3773 (fax)
7  Email: jfrost@ag.nv.gov

8  *Attorneys for Defendants State of Nevada, Greg Cox,
   Dwight Neven, Timothy Filson, Joseph Franco,*
9  *Jennifer Nash, Stacy Barrett, David Molnar, Bryan Shields,
   Victor Daniel, Steven LeMaire, and Antoine Norman*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WESLEY WEIDNER, | CASE NO. 2:16–cv–02301–KJD–NJK |
| Plaintiff, | |
| v. | |
| STATE OF NEVADA; DIRECTOR GREG COX, individually; WARDEN DWIGHT NEVEN, individually; ASSISTANT WARDEN TIMOTHY FILSON, individually; CORRECTIONS OFFICER FRANCO, individually; ASSOCIATE WARDEN JENNIFER NASH, individually; CASEWORKER STACY BARRETT, individually; INSPECTOR GENERAL DAVID MOLNAR, individually; INSPECTOR BRIAN SHIELDS, individually; INSPECTOR VICTOR DANIELS, individually; INSPECTOR STEVE LEMAIRE, individually; SENIOR C.O. NORMAN, individually; DOE LICENSED PRACTICAL NURSE; DOE CORRECTION OFFICERS I-V; DOES I-X, inclusive; and ROES I-X, inclusive, | **STIPULATION AND ORDER TO TAKE THE DEPOSITION OF A PERSON CONFINED IN PRISON** |
| Defendants. | |

| | |
|---|---|
| 1 | Plaintiff Wesley Weidner, by and through counsel, Marc A. Saggese, Esq., and Defendants State of Nevada, Greg Cox, Dwight Neven, Timothy Filson, Joseph Franco, Jennifer Nash, Stacy Barrett, David Molnar, Bryan Shields, Victor Daniel, Steven LeMaire, and Antoine Norman, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, Jared M. Frost, Senior Deputy Attorney General, and Matthew Feeley, Deputy Attorney General, hereby stipulate and agree that Defendants shall be permitted to take the deposition of Plaintiff, a person confined in prison. Plaintiff's deposition is currently scheduled for June 5, 2018, at High Desert State Prison in Indian Springs, Nevada. The parties agree that Plaintiff's deposition may be needed to resolve one or more issues presented in the case, and request that the Court grant leave to take the deposition pursuant to Rule 30 of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 30(a)(2)(B) (a party must obtain leave of court if the deponent is confined in prison). |

DATED this 11th day of May, 2018.　　　　DATED this 11th day of May, 2018.

SAGGESE & ASSOCIATES, LTD.　　　　　ADAM PAUL LAXALT
　　　　　　　　　　　　　　　　　　　　　　Attorney General

By: /s/ Marc A. Saggese　　　　　　　　　By: /s/ Jared M. Frost
MARC A. SAGGESE, ESQ.　　　　　　　　JARED M. FROST, ESQ.
Nevada Bar No. 7166　　　　　　　　　　　Nevada Bar No. 11132
732 S. Sixth Street, Suite 201　　　　　　　555 E. Washington Avenue, Ste. 3900
Las Vegas, Nevada 89101　　　　　　　　Las Vegas, Nevada 89101
*Attorneys for Plaintiff*　　　　　　　　　　*Attorneys for Defendants*

**SO ORDERED.** Defendants shall be permitted to take the deposition of Plaintiff, who is a person confined in prison.

DATED: May 14, 2018

_____
UNITED STATES MAGISTRATE JUDGE