# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WESLEY WEIDNER,

    Plaintiff(s),

v.

STATE OF NEVADA, et al.,

    Defendant(s).

Case No.: 2:16-cv-02301-KJD-NJK

**Order**

[Docket No. 64]

Pending before the Court is a stipulation to prohibit certain lines of questioning. Docket No. 64. So long as doing so does not interfere with Court proceedings, parties are generally able to enter stipulations without Court approval. *See* Fed. R. Civ. P. 29(b); Local Rule 7-1. It is not clear that the pending stipulation requires Court approval and, accordingly, it is **DENIED** without prejudice.[1]

IT IS SO ORDERED.

Dated: June 11, 2018

                                                            Nancy J. Koppe
                                                            United States Magistrate Judge

---

[1] The stipulation is somewhat vague. To the extent the parties believe Court approval is required, they shall file an amended stipulation within seven days explaining why that is so.

1