# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WESLEY WEIDNER,<br>    Plaintiff(s),<br>v.<br>STATE OF NEVADA, et al.,<br>    Defendant(s). | Case No.: 2:16-cv-02301-KJD-NJK<br>**Order**<br>[Docket No. 63] |

Pending before the Court is a stipulation to seal a filing. Docket No. 63; *see also* Docket No. 64 (filed under seal). Without elaboration, the stipulation indicates that the sealed filing "concerns matters protected by the attorney-client privilege." Docket No. 63 at 2. Such a conclusory assertion is not sufficient. A supplemental filing explaining with particularity what information in the stipulation is privileged and how the privilege protects that information shall be filed within seven days. That supplement shall also explain why redaction is not appropriate, rather than sealing the entire filing.

IT IS SO ORDERED.

Dated: June 11, 2018

                                                    Nancy J. Koppe
                                                  United States Magistrate Judge