1  ADAM PAUL LAXALT
   Attorney General
2  JARED M. FROST (Bar No. 11132)
   Senior Deputy Attorney General
3  MATTHEW FEELEY (Bar No. 13336)
   Deputy Attorney General
4  State of Nevada
   Office of the Attorney General
5  555 E. Washington Avenue, Suite 3900
   Las Vegas, Nevada 89101
6  (702) 486-3177 (phone)
   (702) 486-3773 (fax)
7  Email: jfrost@ag.nv.gov

8  *Attorneys for Defendants State of Nevada, Greg Cox,
   Dwight Neven, Timothy Filson, Joseph Franco,*
9  *Jennifer Nash, Stacy Barrett, David Molnar, Bryan Shields,
   Victor Daniel, Steven LeMaire, and Antoine Norman*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WESLEY WEIDNER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STATE OF NEVADA; DIRECTOR GREG COX, individually; WARDEN DWIGHT NEVEN, individually; ASSISTANT WARDEN TIMOTHY FILSON, individually; CORRECTIONS OFFICER FRANCO, individually; ASSOCIATE WARDEN JENNIFER NASH, individually; CASEWORKER STACY BARRETT, individually; INSPECTOR GENERAL DAVID MOLNAR, individually; INSPECTOR BRIAN SHIELDS, individually; INSPECTOR VICTOR DANIELS, individually; INSPECTOR STEVE LEMAIRE, individually; SENIOR C.O. NORMAN, individually; DOE LICENSED PRACTICAL NURSE; DOE CORRECTION OFFICERS I-V; DOES I-X, inclusive; and ROES I-X, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:16–cv–02301–KJD–NJK<br><br>**STIPULATION AND ORDER DISMISSING DEFENDANT BRYAN SHIELDS WITH PREJUIDCE** |

| | |
|---|---|
| 1 | Plaintiff Wesley Weidner, by and through counsel, Marc A. Saggese, Esq., and |
| 2 | Defendants State of Nevada, Greg Cox, Dwight Neven, Timothy Filson, Joseph Franco, |
| 3 | Jennifer Nash, Stacy Barrett, David Molnar, Bryan Shields, Victor Daniel, Steven |
| 4 | LeMaire, and Antoine Norman, by and through counsel, Adam Paul Laxalt, Nevada |
| 5 | Attorney General, Jared M. Frost, Senior Deputy Attorney General, and Matthew Feeley, |
| 6 | Deputy Attorney General, hereby stipulate and agree to dismiss Bryan Shields from this |
| 7 | matter with prejudice. |

DATED this 8th day of June, 2018.   DATED this 8th day of June, 2018.

SAGGESE & ASSOCIATES, LTD.   ADAM PAUL LAXALT
                              Attorney General

By: /s/ Marc A. Saggese              By: /s/ Jared M. Frost
MARC A. SAGGESE, ESQ.                JARED M. FROST, ESQ.
Nevada Bar No. 7166                  Nevada Bar No. 11132
732 S. Sixth Street, Suite 201       555 E. Washington Avenue, Ste. 3900
Las Vegas, Nevada 89101              Las Vegas, Nevada 89101
*Attorneys for Plaintiff*            *Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED**. Defendant Bryan Shields is DISMISSED from this matter WITH PREJUDICE.

DATED June 12, 2018

_____
UNITED STATES DISTRICT JUDGE