# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WESLEY WEIDNER, | Case No. 2:16-cv-02301-KJD-NJK |
| Plaintiff, | ORDER |
| vs. | (Docket No. 64) |
| STATE OF NEVADA, et al., | |
| Defendants. | |

There is a strong presumption of public access to judicial files and records. *E.g.*, *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). A party seeking to seal materials filed with the Court may overcome that presumption by meeting the applicable standards established by the Ninth Circuit. *See, e.g.*, *id*. at 1178-80.

In this case, the parties filed a stipulation under seal, along with an accompanying motion to seal. Docket Nos. 64, 63. The Court ordered the parties to file a supplement to their motion to seal identifying with particularity what information in the stipulation is privileged and how the privilege protects that information. Docket No. 69. The Court also ordered the parties to explain

why redaction is not appropriate, rather than sealing the entire filing. *Id*. The parties have now withdrawn their motion to seal the stipulation. Docket No. 73.

Accordingly, the Court INSTRUCTS the Clerk's Office to unseal the stipulation at Docket No. 64.

IT IS SO ORDERED.

DATED: June 14, 2018.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE