# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WESLEY WEIDNER, | Case No. 2:16-cv-02301-KJD-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 79) |
| STATE OF NEVADA, et al., | |
| Defendant(s). | |

Pending before the Court is a motion to withdraw as counsel for Defendant Joseph Franco. Docket No. 79. The Court hereby **SETS** a hearing on that motion for 10:00 a.m. on July 19, 2018, in Courtroom 3C. Defendant Franco shall appear in person. Defendant Franco's current counsel and any newly retained counsel shall appear in person. No later than July 6, 2018, Defendant Franco's current counsel shall serve him with this order and shall file a proof of service. Any response to the motion to withdraw shall be filed no later than July 12, 2018. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS.**

IT IS SO ORDERED.

DATED: July 5, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge