ADAM PAUL LAXALT
  Attorney General
JARED M. FROST (Bar No. 11132)
  Senior Deputy Attorney General
MATTHEW P. FEELEY (Bar No. 13336)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
(702) 486-3177 (phone)
(702) 486-3773 (fax)
Email: jfrost@ag.nv.gov

*Attorneys for Defendants State of Nevada, Greg Cox, Dwight Neven, Timothy Filson, Jennifer Nash, Stacy Barrett, David Molnar, Victor Daniel, Steven LeMaire, and Antoine Norman*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WESLEY WEIDNER, | CASE NO. 2:16–cv–02301–KJD–NJK |
| Plaintiff, | |
| v. | |
| STATE OF NEVADA; DIRECTOR GREG COX, individually; WARDEN DWIGHT NEVEN, individually; ASSISTANT WARDEN TIMOTHY FILSON, individually; CORRECTIONS OFFICER FRANCO, individually; ASSOCIATE WARDEN JENNIFER NASH, individually; CASEWORKER STACY BARRETT, individually; INSPECTOR GENERAL DAVID MOLNAR, individually; INSPECTOR BRIAN SHIELDS, individually; INSPECTOR VICTOR DANIELS, individually; INSPECTOR STEVE LEMAIRE, individually; SENIOR C.O. NORMAN, individually; DOE LICENSED PRACTICAL NURSE; DOE CORRECTION OFFICERS I-V; DOES I-X, inclusive; and ROES I-X, inclusive, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

| | |
|---|---|
| 1 | Plaintiff Wesley Weidner, by and through counsel, Marc A. Saggese, Esq., and |
| 2 | Defendants State of Nevada, Greg Cox, Dwight Neven, Timothy Filson, Jennifer Nash, |
| 3 | Stacy Barrett, David Molnar, Victor Daniel, Steven LeMaire, and Antoine Norman, by and |
| 4 | through counsel, Adam Paul Laxalt, Nevada Attorney General, Jared M. Frost, Senior |
| 5 | Deputy Attorney General, and Matthew Feeley, Deputy Attorney General, hereby stipulate |
| 6 | and agree to dismiss the above-captioned matter with prejudice. Each party will bear their |
| 7 | own attorney fees and costs. This stipulation is made and based on a Settlement Agreement |
| 8 | reached by the parties. The parties further state that they have resolved this matter in its |
| 9 | entirety, and that the Court may accordingly close the case. |

DATED this 8th day of August, 2018.　　　DATED this 8th day of August, 2018.

SAGGESE & ASSOCIATES, LTD.　　　ADAM PAUL LAXALT
　　　　　　　　　　　　　　　　　　　　　Attorney General

By: /s/ Marc A. Saggese　　　　　　　　　By: /s/ Jared M. Frost
MARC A. SAGGESE, ESQ.　　　　　　　　JARED M. FROST, ESQ.
Nevada Bar No. 7166　　　　　　　　　　Nevada Bar No. 11132
732 S. Sixth Street, Suite 201　　　　　　　555 E. Washington Avenue, Ste. 3900
Las Vegas, Nevada 89101　　　　　　　　Las Vegas, Nevada 89101
*Attorneys for Plaintiff*　　　　　　　　　*Attorneys for Defendants*

### ORDER

**IT IS SO ORDERED**. The matter is DISMISSED WITH PREJUDICE, and the Clerk is directed to close the case.

DATED August 30, 2018.

_____
UNITED STATES DISTRICT JUDGE